IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANNING GREEN, | No. C 10-5721 WHA (PR) |
| Plaintiff, | ORDER AMENDING ORDER OF MARCH 7, 2012 |
| v. | |
| S. THOMPSON; SERGEANT STOLTENBERG; SERGEANT M. BLOISE; CAPTAIN DONAHUE; LIEUTENANT GARY FULLER; VINCENT S. CULLEN; SERRITENO; CALIFORNIA STATE PRISON, SAN QUENTIN, | |
| Defendants. | |

In the order of March 7, 2012, the third and final sentence of paragraph one of the conclusion is **STRICKEN** and replaced by the following sentence:

> "All of plaintiff's other claims against Thompson, as well as his claims against all other defendants, are **DISMISSED** without prejudice to refiling after they have been properly exhausted."

**IT IS SO ORDERED.**

Dated: March 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\GREEN5721.AMD.wpd